**Opinion issued February 3, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00696-CV

————————————

**REBECCA HAAS, Appellant**

**V.**

**ELLIOTT CIN, Appellee**

———

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-76341**

———

## MEMORANDUM OPINION

Appellant, Rebecca Haas, filed her notice of appeal from the trial court's final summary judgment signed on July 18, 2014. On August 28, 2014, the court reporter notified the Clerk of this Court that there was no reporter's record. On

September 29, 2014, the trial court clerk filed the clerk's record. Appellant's brief, therefore, was due on October 29, 2014. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief. Based on appellant's failure to file her brief, appellee, Elliott Cin, has filed a motion to dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has neither responded to appellee's motion nor filed a brief.

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.